THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Rachion Omar
 Robinson, Appellant.
 
 
 
 
 

Appeal From Richland County
 J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-602
 Submitted November 2, 2009  Filed
December 16, 2009    

APPEAL DISMISSED

Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
PER CURIAM:  Rachion Omar Robinson appeals from his guilty plea to assault and battery
 with intent to kill and grand larceny, arguing the plea court failed to inquire
 regarding his competency.  After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.